NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL BINGHAM,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D19-325
                                    )
CORY CHECK, o/b/o CONNOR            )
CHECK,                              )
                                    )
          Appellee.                 )
                                    )
_____      )

Opinion filed September 4, 2020.

Appeal from the Circuit Court for Pasco
County; Kemba Lewis, Judge.

Michael C. Bingham, pro se.

No appearance by Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.